# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES NANCE,

    Plaintiff,

v.

CASE NO. 07-11327
HON. LAWRENCE P. ZATKOFF
MAGISTRATE JUDGE CHARLES E. BINDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## OPINION AND ORDER

Plaintiff filed the instant case seeking Social Security disability insurance benefits. This matter currently comes before the Court on Magistrate Judge Binder's Report and Recommendation [dkt 22] of April 24, 2008, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be DENIED [dkt 14] and Defendant's Motion for Summary Judgment be GRANTED [dkt 21]. Plaintiff has not filed objections to the Report and Recommendation.

After a thorough review of the transcript, the respective parties' Motions, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: May 14, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 14, 2008.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290